O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8385 AHM (MANx) | Date | March 4, 2011 |
|---|---|---|---|
| Title | PRIME HEALTHCARE CENTINELA, LLC v. BLUE CROSS-BLUE SHIELD OF ALABAMA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Given the fact that stipulations calling for different due dates for the submission of responsive pleadings have now been approved, the Court hereby ORDERS counsel for Plaintiff and **all** counsel for **all** defendants to meet and confer, which they can do telephonically, and to propose a single, coordinated, and comprehensive schedule for the filing of pleadings and responses. The Parties are ORDERED to thereafter file a single stipulation containing and explaining their proposal for such unified framework for the filing of responsive pleadings in this action. Only the dates for the filing of responsive pleadings are to be included in this stipulation. The Parties are ORDERED to file the above stipulation by not later than Friday, March 18, 2011. The Parties are also ORDERED to participate in a telephonic status conference on Monday, March 28, 2011, at 1:30 PM PST.

The parties are ordered to contact the Deputy Clerk, Stephen Montes at (213) 894-5283 for further instructions about the telephonic conference.

|   :   |
|---|
| Initials of Preparer       SMO |