O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8385 AHM (MANx) | Date | December 19, 2011 |
|---|---|---|---|
| Title | PRIME HEALTHCARE CENTINELA, LLC v. BLUE CROSS-BLUE SHIELD OF ALABAMA et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sandy Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:                Attorneys **NOT** Present for Defendants:

**Proceedings:**         IN CHAMBERS (No Proceedings Held)

Having reviewed Plaintiff Prime Healthcare Centinela, LLC's Amended Status Report, filed on December 5, 2011 (Dkt. 129), and having accepted the transfers of *Prime Healthcare Centinela, LLC v. Wal-Mart Stores Inc., et al*, CV 11-8240 and *Prime Healthcare Centinela, LLC v. Blue Cross Blue Shield of Louisiana, et al.*, CV 11-8499 from Judges Dale S. Fischer and John A. Kronstadt respectively, the Court now ORDERS counsel for Prime Healthcare Centinela, LLC to file a "Summary Chart of Centinela Hospital Lawsuits" in substantially the following form:

| Case No. | Names of Out-of-State BCBS Defendants | Defense Counsel | No. of Unpaid Claims | No. of Plans | Pending Motion to Dismiss? | Answer Filed? |
|---|---|---|---|---|---|---|
| CV 10-8385 | 1. Illinois<br>2. Oklahoma<br>3. New Mexico<br>↓ (etc) | Meserve Mumper & Hughes LLP | 168 (total) | 89 (total) | Yes | Yes |
| CV 11-5787 | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ |

The summary chart must be filed by no later than January 3, 2011.

_____ : _____

Initials of Preparer    se

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8385 AHM (MANx) | Date | December 19, 2011 |
|---|---|---|---|
| Title | PRIME HEALTHCARE CENTINELA, LLC v. BLUE CROSS-BLUE SHIELD OF ALABAMA et al. | | |