JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRIME HEALTHCARE CENTINELA, LLC, a Delaware limited liability company doing business as Centinela Hospital Medical Center;<br><br>Plaintiff<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company doing business as Blue Cross Blue Shield of Illinois, Blue Cross Blue Shield of Oklahoma, Blue Cross Blue Shield of New Mexico and Blue Cross Blue Shield of Texas; PREMERA BLUE CROSS, a Washington Corporation; PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, a Alaska Corporation; BCBSM, INC., a Minnesota corporation doing business as Blue Cross Blue Shield of Minnesota; HIGHMARK BLUE CROSS BLUE SHIELD OF PENNSYLVANIA, INC., a Pennsylvania Corporation; BLUE CROSS BLUE SHIELD OF NORTH CAROLINA, a North Carolina Corporation; REGENCE BLUE CROSS BLUE SHIELD OF UTAH, a Utah Corporation; CARE FIRST OF MARYLAND, INC., a Maryland Corporation; BLUE CROSS BLUE | Case No. CV108385 AHM (MANx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)<br><br><br>Orig. Complaint Filed: November 4, 2010 |

| | |
|---|---|
| 1 | SHIELD OF MASSACHUSETTS, a Massachusetts Corporation; BLUE CROSS BLUE SHIELD OF SOUTH CAROLINA, a South Carolina Corporation; REGENCE BLUE CROSS BLUE SHIELD OF OREGON, a Oregon Corporation. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | |

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The above-entitled action City shall be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear their owns costs and fees

Dated: September 12, 2012

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6